1  Ivy L. Nowinski (State Bar No.: 268564)
   Email: inowinski@condonlaw.com
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 1050
3  Los Angeles, California 90067
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299

5  Christopher R. Christensen (*pro hac vice* application to be filed)
   Email: cchristensen@condonlaw.com
6  Mary Dow (*pro hac vice* application to be filed)
   Email: mdow@condonlaw.com
7  CONDON & FORSYTH LLP
   7 Times Square
8  New York, New York 10036
   Telephone: (212) 490-9100
9  Facsimile:  (212) 370-4453

10 Attorneys for Defendants
   BAYSHORE GLOBAL MANAGEMENT LLC, SEAFLY LLC,
11 SERGEY BRIN, and THEODORE M. NEAL

12                     UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14

15 MARIA MAGDALENA OLARTE,             ) Case No. 5:24-cv-2021
   individually and as personal representative of )
16 the Estate of LANCE MACLEAN, deceased, ) **DEFENDANT BAYSHORE GLOBAL**
                                        ) **MANAGEMENT LLC'S**
17            Plaintiff,                ) **CERTIFICATION OF CONFLICTS**
                                        ) **AND INTERESTED ENTITIES OR**
18       vs.                            ) **PERSONS**
                                        )
19 THEODORE M. NEALE, a California resident )
   and citizen, SERGEY BRIN, a California )
20 citizen, BAYSHORE GLOBAL              )
   MANAGEMENT LLC, a California limited )
21 liability company, GOOGLE LLC, a California )
   limited liability company, SEAFLY LLC, a )
22 California limited liability company,  )
   SOUTHERN CROSS AVIATION INC., and )
23 DOES 1 to 50, inclusive,              )
                                        )
24            Defendants.                )
                                        )
25 _____)

26       CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS

27       Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed

28 persons, associations of persons, firms, partnerships, corporations (including parent corporations)

1  or other entities (i) have a financial interest in the subject matter in controversy or in a party to
2  the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could
3  be substantially affected by the outcome of this proceeding:

4      1.    Bayshore Global Management LLC;

5      2.    SeaFly LLC;

6      3.    Sergey Brin; and

7      4.    Various insurance underwriters in the insurance market.

8  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no
9  conflict or interest other than the entities identified above to report.

10 Dated: April 3, 2024                         CONDON & FORSYTH LLP

12 By: /s/ *Ivy L. Nowinski*
13     IVY L. NOWINSKI
    CHRISTOPHER R. CHRISTENSEN
14     MARY DOW

15 Attorneys for Defendants
    BAYSHORE GLOBAL MANAGEMENT
16     LLC, SEAFLY LLC, SERGEY BRIN, and
    THEODORE M. NEAL

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 3, 2024, a copy of the foregoing **DEFENDANT BAYSHORE GLOBAL MANAGEMENT LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** was electronically filed the with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system, and was served on the following parties via electronic mail on the following persons:

Walter J. Lack (wlack@elllaw.com)
Elizabeth L. Crooke (bcrooke@elllaw.com)
Steven J. Lipscomb (slipscomb@elllaw.com)
ENGSTROM, LIPSCOMB & LACK
11601 Wilshire Boulevard, 14th Floor
Los Angeles, California 90025-1744

Steven C. Marks (smarks@podhurst.com)
Kristina M. Infante (kinfante@podhurst.com)
Pablo Rojas (projas@podhurst.com)
PODHURST ORSECK, P.A.
Suntrust International Center
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131

*Attorneys for Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct, and that this Certificate of Service was executed on April 3, 2024, at New York, New York.

/s/ Christopher R. Christensen
Christopher R. Christensen