UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MAGDALENA OLARTE, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> THEODORE M. NEALE, et al., <br><br> Defendant(s). | Case No. 24-cv-02021-VKD <br><br> **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☑ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: April 8, 2024          NAME: Ivy L. Nowinski

_____
Signature

COUNSEL FOR (OR "PRO SE"): BAYSHORE GLOBAL MANGEMENT LLC, SEAFLY LLC, SERGEY BRIN, and THEODORE M. NEAL

# PROOF OF SERVICE

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 1050, Los Angeles, California 90067-6036. On April 8, 2024, I served the within document as follows:

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below.

☐ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing to the person(s) at the address(es) set forth below. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☒ **(By Electronic Service):** I caused the above-referenced document(s) to be delivered by the Court's CM/ECF system to the e-mail address of the person(s) on record with the Court in this matter as set forth below.

> Elizabeth L. Crooke, Esq.
> ENGSTROM, LIPSCOMB & LACK
> 11601 Wilshire Boulevard, 14th Floor
> Los Angeles, California 90025-1744
> E-mail: bcrooke@elllaw.com

**(Federal):** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 8, 2024, at Los Angeles, California.

_____
Hannah Beck-Kilps