UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Maria Magdalena Olarte,

Plaintiff(s),

v.

Theodore M. Neal, et al.,

Defendant(s).

Case No. 3:24-cv-02021-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Mary Dow, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendants Bayshore Global Management LLC, SeaFly LLC, Sergey Brin, Theodore M. Neal in the above-entitled action. My local co-counsel in this case is Ivy L. Nowinski, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 268564.

| | |
|---|---|
| Condon & Forsyth LLP<br>7 Times Square, 18th Floor<br>New York, New York 10036<br>MY ADDRESS OF RECORD | Condon & Forsyth LLP<br>1901 Avenue of the Stars, Suite 1050<br>Los Angeles, California 90067<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 894-6700<br>MY TELEPHONE # OF RECORD | (310) 557-2030<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mdow@condonlaw.com<br>MY EMAIL ADDRESS OF RECORD | inowinski@condonlaw.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4782017.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2024

Mary Dow
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mary Dow is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 16, 2024

UNITED STATES DISTRICT/MAGISTRATE JUDGE