ELIZABETH L. CROOKE, ESQ. [SBN 90305]
STEVEN J. LIPSCOMB, ESQ. [SBN 203266]
**ENGSTROM, LIPSCOMB & LACK**
10100 SANTA MONICA BLVD., SUITE 1200
LOS ANGELES, CA  90067-4113
Tel.: (310) 552-3800
Fax: (310) 552-9434
EMAIL: bcrooke@elllaw.com

STEVEN C. MARKS *(pending pro hac vice)*
KRISTINA M. INFANTE *(pending pro hac vice)*
PABLO ROJAS *(pending pro hac vice)*
**PODHURST ORSECK, P.A.**
SUNTRUST INTERNATIONAL CENTER
ONE S.E. 3RD AVENUE, SUITE 2300
MIAMI, FLORIDA 33131
Tel.: (305) 358-2800
Fax: (305) 358-2382

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MAGDALENA OLARTE, individually and as personal representative of the Estate of LANCE MACLEAN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>THEODORE M. NEALE, a California resident and citizen, SERGEY BRIN, a California citizen, BAYSHORE GLOBAL MANAGEMENT LLC, a California limited liability company, GOOGLE LLC, a California limited liability company, SEAFLY LLC, a California limited liability company, SOUTHERN CROSS AVIATION INC., and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-2021-AMO<br><br>**STIPULATION AND ORDER ON BRIEFING ON OPPOSITION AND REPLY FOR DEFENDANTS BAYSHORE GLOBAL MANAGEMENT LLC, SEAFLY LLC, SERGEY BRIN AND THEODORE M. NEAL'S MOTION TO DISMISS *As Modified***<br><br>Hearing Date:  August 22, 2024<br>Time:          2:00 p.m.<br>Place:  Courtroom 10 – 19th Floor |

# STIPULATION

MARIA MAGDALENA OLARTE, individually and as personal representative of the Estate of LANCE MACLEAN, deceased, ("Plaintiff ") and Defendants Bayshore Global Management LLC, SeaFly LLC, Sergey Brin and Theodore Neal ("Defendants"), together, the "Parties") by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed this action in the Superior Court for the County of Santa Clara, and

WHEREAS, the Complaint was amended on February 13, 2024, and

WHEREAS, certain Defendants removed the action to this Court on April 3, 2024. Dkt. #1;

WHEREAS, Defendants filed their Motion to Dismiss on April 10, 2024. Dkt. #12. The hearing date for the Motion is scheduled for August 22, 2024;

WHEREAS, the Local Rules provide that the date for Plaintiff to file her Opposition is April 24, 2024, and the date for Defendants to file their Reply is May 1, 2024. Dkt. #12.

WHEREAS, Plaintiff has requested of Defendants and Defendants have agreed to extend their respective briefing deadlines by an additional two weeks for Plaintiff and an additional one week (from the new Opposition deadline) for Defendants;

WHEREAS, no Party will be prejudiced by this stipulated-to extension;

WHEREAS, Defendants are providing written consent for Plaintiff to this extension by way of this Stipulation;

NOW THEREFORE, the Parties hereby stipulate that the deadlines for the Opposition and Reply in regard to the Motion to Dismiss (Dkt #12) shall be:

- Opposition to Motion due date:      May 8, 2024
- Reply due date:      May 22, 2024

SO STIPULATED

Dated: April 24, 2024

ENGSTROM, LIPSCOMB & LACK

By _____
WALTER J. LACK
ELIZABETH L. CROOKE
STEVEN J. LIPSCOMB
Attorneys for Plaintiff

467342                                          2

**STIPULATION AND ORDER ON BRIEFING ON OPPOSITION AND REPLY FOR DEFENDANTS BAYSHORE GLOBAL MANAGEMENT, LLC, SEAFLY LLC, SERGEY BRIN AND THEODORE M. NEAL'S MOTION TO DISMISS**

| | |
|---|---|
| Dated: April 24, 2024 | PODHURST ORSECK, P.A.<br><br>By: _____<br>    STEVEN C. MARKS<br>    KRISTINA M. INFANTE<br>    PABLO ROJAS<br>    Attorneys for Plaintiff |
| Dated: April 24, 2024 | CONDON & FORSYTH LLP<br><br>By: /s/ Christopher R. Christensen<br>    SCOTT D. CUNNINGHAM<br>    IVY L. NOWINSKI<br>    CHRISTOPHER P. CHRISTENSEN<br>    MARY DOW<br>    Attorneys for Defendants Bayshore Global Management LLC, SeaFly LLC, Sergey Brin and Theodore M. Neal |

### ORDER *AS MODIFIED*

The deadlines for the Opposition and Reply in regard to the Motion to Dismiss (Dkt #12) shall be:

- Opposition to Motion due date:    May 8, 2024
- Reply due date:    May 22, 2024

Counsel is advised that future requests for extensions must comply with Civil Local Rule 6-2 or 6-3 as appropriate and be filed at least seven days of the deadline sought to be extended. The Court may summarily deny non-compliant or untimely requests.

**IT IS SO ORDERED.**

Dated: April 24, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**