ELIZABETH L. CROOKE, ESQ. [SBN 90305]
STEVEN J. LIPSCOMB, ESQ. [SBN 203266]
**ENGSTROM, LIPSCOMB & LACK**
11601 Wilshire Blvd., 14th Floor
Los Angeles, California 90025
Tel.: (310) 552-3800
Fax: (310) 552-9434
EMAIL: bcrooke@elllaw.com

STEVEN C. MARKS *(pending pro hac vice)*
KRISTINA M. INFANTE *(pending pro hac vice)*
PABLO ROJAS *(pending pro hac vice)*
**PODHURST ORSECK, P.A.**
SUNTRUST INTERNATIONAL CENTER
ONE S.E. 3RD AVENUE, SUITE 2300
MIAMI, FLORIDA 33131
Tel.: (305) 358-2800
Fax: (305) 358-2382

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MAGDALENA OLARTE, individually and as personal representative of the Estate of LANCE MACLEAN, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>THEODORE M. NEALE, a California resident and citizen, SERGEY BRIN, a California citizen, BAYSHORE GLOBAL MANAGEMENT LLC, a California limited liability company, GOOGLE LLC, a California limited liability company, SEAFLY LLC, a California limited liability company, SOUTHERN CROSS AVIATION INC., and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 24-CV-2021<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS THEODORE M. NEALE AND GOOGLE LLC** |

TO THE HONORABLE COURT, ALL PARTIS AND COUNSEL, the Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendants, THEODORE M. NEALE and GOOGLE LLC, **only**.  Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: July 31, 2024                    ENGSTROM, LIPSCOMB & LACK

By _____
WALTER J. LACK
ELIZABETH L. CROOKE
STEVEN J. LIPSCOMB
Attorneys for Plaintiff

Dated: July 31, 2024                    PODHURST ORSECK, P.A.

By _____
STEVEN C. MARKS
KRISTINA M. INFANTE
PABLO ROJAS
Attorneys for Plaintiff –*Pro Hac Vice*

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS NEALE AND GOOGLE**